UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cv-00175-FDW

| | |
|---|---|
| NANCY SHARON EDWARDS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| ANDREW W. SAUL, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Plaintiff's Motion for Summary Judgment (Doc. No. 11) and Defendant's Motion for Remand (Doc. No. 12) for further administrative proceedings. The Commissioner wishes to conduct further fact finding, including holding a new hearing. Plaintiff's counsel consents to the Government's Motion for Remand. Accordingly, the Commissioner's decision is REVERSED and this matter is REMANDED for a new hearing. Plaintiff's Motion for Summary Judgment (Doc. No. 11) is DENIED as moot.

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Signed: December 5, 2019

Frank D. Whitney
Chief United States District Judge